IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE MANUEL VILLALOBOS MEDINA, and ANTHONY JOEL MAYNOR, aka "Ant,"<br><br>Defendants. | Cause No. CR 20-41-GF-BMM<br><br>**ORDER DENYING DEFENDANT'S MOTION TO DISMISS** |

The Government charges Defendant Jose Manuel Villalobos Medina (Medina) with possession with intent to distribute methamphetamine, heroin, and fentanyl, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2. Doc. 1 at 1−2. Medina filed a Motion to Suppress and Dismiss. Doc. 29. This Court held a hearing on September 9, 2020. Doc. 44.

This Court ordered Medina's motion to suppress (Doc. 29) be granted in part and denied in part. Doc. 46. Law enforcement conducted a custodial interrogation without first reading Medina his *Miranda* rights. This Court ordered that Medina's responses to that interrogation must be suppressed. This Court found no legal reason to suppress any other evidence, including the officers' testimony, the patrol car's dash camera footage, the physical evidence found on John Maynor's person,

and the physical evidence found on Medina's person or in Medina's hotel room. *Id*. The Government has enough evidence to continue with its case.

Accordingly, **IT IS HEREBY ORDERED** that Medina's Motion to Dismiss (Doc. 29) is **DENIED.**

DATED this 7th day of October, 2020.

Brian Morris, Chief District Judge
United States District Court