IN THE UNITED STATES OF AMERICA
THE DISTRICT OF MONTANA

| UNITED STATES OF AMERICA | ) | Case No. CR 20-41-GF-BMM |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| JOSE MEDINA | ) | |
| Defendant. | ) | |

    Upon the motion of the Defendant and good cause being shown, it is hereby ordered that the Defendant and his counsel may appear at the change of plea hearing by video. Defense counsel will contact the Clerk of Court to make the arrangements for a video appearance.

    Dated this 4th day of December, 2020.

_____
Brian Morris, Chief District Judge
United State District Court