# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>JOSE MEDINA,<br><br>　　　　　　　Defendant. | Case No. CR 20-41-GF-BMM<br><br>**Order Allowing Video Appearance** |

Pursuant to the motion by the Defendant and there being no objection from the government, the Defendant is allowed to appear at his sentencing by ZOOM. Defense counsel will contact the Clerk of Court for the Zoom link.

Dated the 2nd day of March, 2021.

_____
Brian Morris, Chief District Judge
United States District Court